Amanda U. Levy
General Delivery
Sacramento, CA 95812
Cell (310) 254-8028
amandaulevy@gmail.com

March 22, 2013

**CENTERBRIDGE PARTNERS, L.P.**

375 Park Avenue, 12th Floor

New York, NY 10152-0002

Phone 1 (212) 672-5000

Attn: Kyle Cruz, CEO

In the United States Southern District Court of New York

| | |
|---|---|
| Amanda U. Levy | }Judge |
| Plaintiff | }Magistrate Judge |
| Vs. | }No. |
| CENTERBRIDGE PARTNERS, L.P. | }COMPLAINT |
| DEFENDANT | }BREACH OF CONTRACT/GRAND THEFT |
| | }DISCRIMINATION/PERSONAL INJURIES |
| | }BURGLARY/GRAND LARCENY |
| | }ASSAULT/BATTERY/SEXUAL HARASSMENT |

<u>COMPLAINT</u>

1). On July 31, 2011, Plaintiff alleges Defendant's female employees, Candace and Mary (Two African American women) stole her priceless possessions worth over a million dollars during the time Plaintiff resided in one of Defendant's hotel at StudioPlus of Extended America Hotels located at 3331 Old Milton Road, Alpharetta, Georgia from July 2011 until August 24, 2011. Defendant acquired Extended America Hotels in 2010 from Lightstone Group. In 2004, Blackstone Group formed Extended Stay America Hotels. Plaintiff alleges she has lived in several Extended Stay America Hotels all over America. Plaintiff and her son lived at Extended Stay America in Gaithersburg from March 2000 until September 2000 (six months). During this time, Plaintiff alleges, the female manager, Pamela (African-American) stole more than one hundred lingerie from her Victoria's Secret Collection when she and her son placed their priceless possessions in the manager's/assistant manager's office. They were moving to another hotel.

Defendant's manager stole the over-sized box. Plaintiff alleges Barbara from Blackstone Group refunded her the cost of the stolen property. Similarly, Plaintiff alleges Candace and Mary removed them from Defendant's storage space in Georgia. Plaintiff alleges she had journeyed all the way from California to volunteer for a children's organization. Plaintiff alleges one of Defendant's managers, Tyrone (African American male) gave Plaintiff permission to store them in Defendant's storage space. Plaintiff alleges she had hauled them from her room to the storage space. Because Plaintiff could only afford to rent once a week, she asked for permission to stow away her priceless possessions. Sometimes, she rented for a week or two. Plaintiff alleges Defendant allowed her to receive mail. Plaintiff alleges Defendant Mary called her when she received money from IRS. Plaintiff alleges she used the money to pay rent for two weeks. Plaintiff also alleges Defendant Mary called her when she received money from ClearChannel. Plaintiff alleges she stayed more than a week. Plaintiff alleges she sent more than twenty emails to Defendant's hotel manager, Khris Mosby (African American male) regarding her priceless possessions in Defendant's storage space. Plaintiff alleges he also gave her permission to stow them away. On August 24, 2011, Plaintiff alleges she learned from Defendant's hotel manager, Khris Mosby about her priceless possessions. Plaintiff alleges he told her they had been put inside a trash bin. Plaintiff alleges Defendant promised to keep Plaintiff's personal belonging in their storage space. Plaintiff alleges they stole them. If truth be told, Plaintiff was a guest at the time Defendant stole them on July 31, 2011. Plaintiff did not vacate Defendant's premises until August 24, 2011. Plaintiff alleges she contacted Defendant's corporate office in South Carolina on August 24, 2011. Plaintiff alleges she spoke to a man. Plaintiff alleges Defendant's male employee referred her to a female employee. Plaintiff alleges she begged her to return her priceless possessions. Plaintiff alleges Defendant's female employee refused to return her priceless possessions. Due to shock and trauma, Plaintiff does not remember their names. Plaintiff alleges someone went to great lengths and deleted Plaintiff's emails from March 2011 until June 2012 to cover up their crimes namely, burglary, grand larceny, grand theft, assault and battery. Plaintiff plans to submit proofs of email deletions and payment of hotel bills as exhibits later.

2). Prior to the burglary, grand larceny and grand theft, Plaintiff alleges Defendant Mary assaulted and battered her during one of her hotel stays. They should also be construed as sexual harassment. She startled Plaintiff when she put her bacteria hands on Plaintiff's shoulder. She could have tapped the chair Plaintiff was sitting on, waved something in front of Plaintiff or employed sign language. Plaintiff alleges Defendant assaulted and battered her from behind. Plaintiff alleges she fell off her chair and

2

**COMPLAINT**                                                  AMANDA U. LEVY

injured her ankle, neck and back. Plaintiff alleges she also suffered an asthma attack. Plaintiff alleges she also sent emails to Defendant's corporate office. Plaintiff would like Defendants to return her priceless possessions as well as compensate her for the personal injuries she suffered. African American women still hate African women over slavery. Plaintiff's father was Nigerian. Apart from promoting the economy, lawsuits are supposed to make us better citizens. It's one human race. They also help us accommodate persons with physical disabilities. Plaintiff filed a police report online with Alpharetta Police Department. Plaintiff would like both Candace and Mary arrested for burglary, grand theft, grand larceny, assault and battery. Thank you, Your Honor.

<u>Things Stolen at the StudioPlus of Extended Stay America Hotel at 3331 Old Milton Road in Alpharetta, Georgia on August 1, 2011 by Candace and Mary TELEPHONE (770)475-7871</u>

1). One laptop bought from RadioShack in 1998. RadioShack attorney, Chad Barnes had returned it to me with my books in 2004 when I sued Radio Shack in Seattle, WA for deleting my 20 something books.

2). One laptop bought in Greensboro from Office Depot in 2007. I used it to tutor Algebra and Mathematics online with Tutor.com from July 2007 until March 2008. I used it to record more than 30 songs. I transferred my 24 books to this laptop in 2007. In 2008, I published my memoir, AmandaU:1985 and the Amazing Years. The pdf format is on this laptop.

3). 24 files containing 24 books inside one laptop

4). 32 songs inside one laptop

5). Five precious jewelry (Gifts from my father and Peter )

6). My son's two passports. One was renewed. Both have expired.

7). My son's birth certificates

8). My diploma from City University of New York (BA)

9). Letters from President George W. Bush

10). Ten clothes I designed (a wedding gown, one Nigerian Attire, three short dresses, five evening gowns)

11). One thousand clothes (an assortment of clothes)

12). One hundred pairs of shoes

13). One Yamaha piano

14). My memoir, AmandaU:1985 and the Amazing Years

15). Twenty scarves

16). Two hats

17). One hundred pictures, including my son and his former girlfriend, Christina.

3

**COMPLAINT**          A<small>MANDA</small> U. <small>LEVY</small>

18). Transcripts from undergraduate and graduate universities
19). Original Letters of Recommendations from two MBA professors
20). 20 copies of my Resume
21). Ten leather belts
22). One hundred lingerie from Victoria's Secret, including underwear
23). Ten bras
24). Twenty pairs of pantyhose from Leggs
25). Two corsets
26). Two blankets
27). Two large towels
28). Two small paintings
29). My father's original letter
30). Copies of my father's affidavit
31). Digital TV
32). Small Radio
33). I don't remember the rest

## Discrimination in Public Accommodations

The Civil Rights Act prohibits discrimination or segregation in places of public accommodation. Generally, places of public accommodation are businesses or buildings that are open or offer services to the general public. These facilities can be publicly or privately owned and operated. Federal, state and local governments own and operate facilities such as courthouses, jails, hospitals, parks, and other places. They also provide services, programs, or activities including transportation systems and welfare programs. Privately-owned businesses and facilities offer certain goods or services to the public. Food, lodging, gasoline, and entertainment also come under the definition of places of public accommodation. Section 2000a of Title 42, Chapter 21 of the U.S. Code (42 USC 21) prohibits discrimination or segregation in places of public accommodation. Under this provision, all persons are entitled to full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation without any discrimination or segregation based on race, color, religion, or national origin. Many private establishments serving the public are considered places of public accommodation. Such private places include:

- inns, hotels, motels, or other organizations that provide accommodation to temporary visitors
- restaurants, cafeterias, lunchrooms, lunch counters, soda fountains,

**COMPLAINT**   AMANDA U. LEVY   4

or other facilities providing food for consumption
■motion picture houses, theaters, concert halls, sports arenas, stadiums or other places of exhibition or entertainment
*Plaintiff suffered discrimination based upon her national origin and physical disability. Her father was Nigerian.*

## ASSAULT AND BATTERY

The law considers an assault and battery to be an invasion of the personal security of the victim for which the wrongdoer is required to pay for damages. The determination of the amount of damages to which a victim might be entitled if a defendant is found civilly liable is usually made by a jury. Generally, a plaintiff is entitled to <u>Compensatory Damages</u> that compensate for injuries that are both directly and indirectly related to the wrong. Examples of compensatory damages include damages for pain and suffering, damages for medical expenses, and damages for lost earnings resulting from the victim's inability to work. Nominal damages, given although there is no harm at all, or merely a slight one, may also be awarded in an assault and battery action. Some jurisdictions allow the award of <u>Punitive Damages</u>. They are often given when the offense was committed wantonly or maliciously to punish the defendant for the wrongful act and to deter others from engaging in similar acts in the future. The defendant might additionally be subject to criminal liability.

*Defendant maliciously caused me assault and battery . I still suffer throbbing pains.*

## NEGLIGENCE

It describes a situation when someone accidently does something wrong, which causes someone else to get hurt. A person can be held liable for any damages they cause through their careless (or "negligent") behavior.

*Defendant was negligent.*

## PERSONAL JURISDICTION

This court has personal jurisdiction. A person is subject to in personam jurisdiction for the following reason: Domicile (residence) alone is a basis for exercising jurisdiction over an absent domiciliary. (Milliken v. Meyer, 311 U.S. 457, 61 S.Ct. 339, 85 L.Ed. 278 (1940).) I.e., a person may always be sued for all claims, regardless of where they arise, in their state of permanent residence or in the case of a corporation, the state in which it is incorporated.

*Defendant has their corporate office in New York City. They acquired Extended Stay America hotels in 2010. Once more, Studio Plus is one of Extended Stay America hotels. Defendant operates world-wide. They are in America and Europe. Given that I filed my last two returns with New York State, I am a resident. Presently, I am homeless. That's why, I*

*use a General Delivery address in Sacramento. If truth be told, I have plans to return to New York City before the end of this month. I pray someone would pay my train ticket. Most importantly, I have several pending cases in NYC. Hence, I would like the opportunity to manage them from NYC. On a final note, some women have bullied me all my life for not aging. The day before my June 21, 2003 birthday, they kidnapped my only child, Justus Jason. He was born in NYC on November 17. Recently, a 12 year old boy was bullied to death. If I make money, I plan to speak publicly against bullying. What's more, women wrongfully terminated me more than 50 times. They refused to hire me more than 5,000 times. When they saw I was performing as an A student, they ousted me out of the MBA/JD program in Massachusetts. Sometimes, I meet Good Samaritans. I worked as an office assistant for the law firm of Botein, Hays & Sklar in New York City for five years. They did not bully me. They gave me the benefit of the doubt. Many of them were Jewish American attorneys. I saved up money and attended college. And I earned a BA in Economics and Mathematics from City University of New York in two years. Several of their rich clients wanted me to appear on All My Children. However, I declined. I did not want to become a celebrity like my father. Because we shared an extraordinary bond, he died of anxiety four months later on October 7, 2003 after three women abducted my only child. Needless to say, more than 200 attorneys have been hired. In all honesty, I will forever be indebted to them. Finally, I plan to sit for the BAR in July 2013. I've been fighting passionately for children in court since the year my enemies kidnapped my only child and killed my father. I've learned a great deal from more than 200 judges, 200 defense attorneys, 100 magistrate judges, 30 clerks, and 100 deputy clerks from more than 30 federal courts. My father was a journalist. He taught me to voice out my disappointments via writing only. I would like to thank you all. And if I don't pass it, I will resume law school online.*

<div align="center"><u>DEFENDANT BREACHED OUR ORAL CONTRACT</u></div>

In order to form an enforceable <u>*oral*</u> contract "the parties must have entered into an agreement which is sufficiently definite and certain so that the terms are either determined or may be implied." *Kraftco Corp. v. Kolbus*, 1 Ill.App.3d 653, 638 (4th Dist. 1971).

*Defendant breached.*

<div align="center"><u>PERSONAL INJURY TORT</u></div>

Three elements must be established in every tort action. First, the plaintiff must establish that the defendant was under a legal duty to act in a particular fashion.

*Plaintiff satisfied all three elements. What's more, Plaintiff suffered bruises, darkened skin on her face and neck. She also suffered rashes because of undue stress*

**COMPLAINT**                                                                                      AMANDA U. LEVY

6

*stemming from Defendant's mal conduct.*

## FEDERAL QUESTION

Your Honor, Plaintiff is disabled under the American Disability Act. She has a physical impairment which limits one or more major life activities. She has problems with walking, standing, running, hearing, driving, aging etc. When she was two years old, she fell down and injured the center of her head. It was split into two. She could not grow past 8 years old. It was not until she became pregnant with her son she grew. He gave her stem cells. Since his birth, she stopped growing. He has outgrown her. Sometimes, she walks with a cane. She drives about twenty-five miles an hour on the streets and freeways. She can't age without her children. Given that she drives about twenty miles an hour, Dr. Mark Schwartz issued her a permanent disabled placard. It renews automatically every two years.

## DIVERSITY

Diversity jurisdiction is currently codified at 28 U.S.C. § 1332

(a) The district courts shall have original jurisdiction of all
(b) civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between –
(c) citizens of different States;
(d) Diversity arises because the amount ($3,000.000.00) exceeds $75,000. Hence, this court has proper subject matter jurisdiction. *Since Defendant is a corporation, this suit belongs in the federal court. Plus, Plaintiff has a physical disability (Federal Question). Compensatory damages of $5,000,000 exceed $75,000.*

## PRAYER FOR RELIEF

Plaintiff would like to be compensated for undue stress, pains and sufferings related to her personal injuries, medical expenses, permanent damage to her body, embarrassment, humiliation and discrimination based upon national origin and disability for five million dollars. Furthermore, Plaintiff would like to request future medical treatment for her injuries. What's more, Plaintiff has been further injured by loss of her reputation, lost wages and earning capacity. These acts were malicious and oppressive, justifying an additional award of punitive damages so that defendants will not engage in such conduct in the future and make an example of her. For such other and further relief as the court may deem just and proper. Some of the money will be donated to children' organizations. Plaintiff has donated many of her valuable personal belongings (One huge Yahama piano, three electrical piano, furniture, my son's desktop computer, one printer, thousands of clothes, hundreds of shoes, one refrigerator, one microwave, hundreds of movie tapes, just to name a few) to children in California, Maryland, Texas, Massachusetts and New York. Thank you, Your Honor.

/s/Amanda U. Levy          03/22/13

Enclosures: Proof of Physical Disability, IFP, Cover Sheet, and Summons. Proofs of email deletions and payment of hotel bills will be submitted as exhibits.

**COMPLAINT**                                              AMANDA U. LEVY

7

<a>
</a>



\*\*\*CUSTOMER RECEIPT COPY\*\*\*      EXPIRES: 06/30/2013

\*\*\* D I S A B L E D   P E R S O N   P L A C A R D \*\*\*

PLACARD NUMBER: F764312   PIC: 1   TV: 92      DATE ISSUED: 12/05/12

LEVY                                           MO/YR: TZ
AMANDA UCHE
9663 SANTA MONICA BLVD                         DT FEES RECVD: 12/05/12
#1064
                                               AMT DUE        : NONE
BEVERLY HILLS                                  AMT RECVD - CASH :
CA           90210                                       - CHCK :
                                                         - CRDT :
         CO: 19

H00   617  C3  0000000  0011  CS   H00  120512  N1   F764312

DEPARTMENT  OF  MOTOR  VEHICLES  PLACARD IDENTIFICATION CARD

THIS IDENTIFICATION CARD OR FACSIMILE COPY IS TO BE CARRIED BY THE PLACARD OWNER. PRESENT IT TO ANY PEACE OFFICER UPON DEMAND. IMMEDIATELY NOTIFY DMV BY PHONE OR MAIL OF ANY CHANGE OF ADDRESS. WHEN PARKING, HANG THE PLACARD FROM THE REAR VIEW MIRROR. REMOVE IT WHEN DRIVING.

PLACARD#:                  PLACARD HOLDER:         AMANDA UCHE
EXPIRES: 06/30/2013                                9663 SANTA MONICA BLVD
DOB:                                               #1064
ISSUED:  12/05/12
TYPE:    N1                                        BEVERLY HILLS
                                                   CA           90210

PURCHASE OF FUEL (BUSINESS & PROFESSIONS CODE 13660):
STATE LAW REQUIRES SERVICE STATIONS TO REFUEL A DISABLED PERSON'S VEHICLE AT SELF-SERVICE RATES, EXCEPT SELF-SERVICE FACILITIES WITH ONLY ONE CASHIER.

WHEN YOUR PLACARD IS PROPERLY DISPLAYED, YOU MAY PARK IN/ON:
\*DISABLED PERSON PARKING SPACES (BLUE ZONES) \*STREET METERED ZONES WITHOUT PAYING \*GREEN ZONES WITHOUT RESTRICTIONS TO TIME LIMITS \*STREET WHERE PREFERENTIAL PARKING PRIVILEGES ARE GIVEN TO RESIDENTS AND MERCHANTS.

YOU MAY NOT PARK IN/ON: \*RED ZONES \*TOW AWAY ZONES \*WHITE OR YELLOW ZONES \*SPACES MARKED BY CROSSHATCH LINES NEXT TO DISABLED PERSON PARKING SPACES.

IT IS CONSIDERED MISUSE: \*TO DISPLAY A PLACARD UNLESS THE DISABLED OWNER IS BEING TRANSPORTED \*TO DISPLAY A PLACARD WHICH HAS BEEN CANCELLED OR REVOKED \*TO LOAN YOUR PLACARD TO ANYONE, INCLUDING FAMILY MEMBERS. MISUSE IS A MISDEMEANOR (SECTION 4461VC) AND CAN RESULT IN CANCELLATION OR REVOCATION OF THE PLACARD. LOSS OF PARKING PRIVILEGES. AND/OR FINES.